**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,   :   No. 426 EAL 2018

                      Respondent   :

                                    :   Petition for Allowance of Appeal from

                                    :   the Order of the Superior Court

           v.                          :

                                    :

FLOYD WRIGHT,                       :

                                    :

                     Petitioner     :


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of January, 2019, the Petition for Allowance of Appeal is **DENIED**.